**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| SKYLAR SMITH,<br>*Plaintiff,*<br>v.<br>TERRI VANDERGRIFF, *et al.*,<br>*Defendants.* | No. 4:26-cv-287 MAL |

## Memorandum and Order

Plaintiff Smith filed a Motion to Appoint Counsel, (Doc. 3). Because the Court has dismissed Plaintiff's claims against all Defendants, (Doc. 12), the Motion to Appoint Counsel is **DENIED** as moot.

**SO ORDERED,**

This 28th day of September, 2026.

Maria A. Lanahan
MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE